**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **MCI COMMUNICATIONS SERVICES, INC., d/b/a VERIZON BUSINESS SERVICES, a Delaware corporation,** )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>**MUNDETEL COMMUNICATIONS, INC. and US STAR COM, INC.,** )<br>)<br>)<br>Defendants. )<br>) | Case No. 4:09-cv-00261-TCK-TLW |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed.R.Civ.P. 7.1, which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

MCI Communications Services, Inc., d/b/a Verizon Business Services
_____
[name of party]

Who is a (check one)   [✓] PLAINTIFF   [ ] DEFENDANT   in this action, makes the following disclosure:

1. **Is party publicly held corporation or other publicly held entity?**

   (Check one)   [ ] YES   [✓] NO

2. **Does party have any parent corporations?**

   (Check one)   [✓] YES   [ ] NO

If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

MCI Communications Services, Inc. is wholly owned by Verizon Business Network Services, Inc., which is, in turn, wholly owned by MCI Communications Corporation, which is, in turn, wholly owned by Verizon Business Global, LLC, which is, in turn, owned by Verizon Communications, Inc.  Verizon Communications, Inc. is a publicly traded corporation.

3. **Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?**

   (Check one)   [✓] YES      [ ] NO

   If YES, identify all such owners:

   Verizon Communications, Inc.

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

   (Check one)   [ ] YES      [✓] NO

   If YES, identify entity and nature of interest:

5. **Is party a trade association?**

   (Check one)   [ ] YES      [✓] NO

   If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 5th day of May, 2009.

        **HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

By:   s/John F. Heil, III
     John F. Heil, III, OBA #15904
     Email: jheil@hallestill.com
     John T. Richer, OBA #19554
     Email: jricher@hallestill.com
     320 South Boston Avenue, Suite 400
     Tulsa, OK  74103-3708
     Telephone:  (918) 594-0400
     Facsimile:  (918) 594-0505
     **ATTORNEYS FOR PLAINTIFF MCI COMMUNICATIONS SERVICES, INC., d/b/a VERIZON BUSINESS SERVICES**

## CERTIFICATE OF SERVICE

       I hereby certify that on May 5, 2009, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing.

s/John F. Heil, III
John F. Heil, III

985512.1:915130:01383